# Court of Appeals
# of the State of Georgia

ATLANTA,  February 04, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0417. CLARENCE L. STRICKLAND v. THE STATE.**

A jury found Clarence Strickland guilty of aggravated sodomy against his daughter, and we affirmed his conviction on appeal. See *Strickland v. State*, 311 Ga. App. 400 (715 SE2d 798) (2011). Strickland subsequently filed an extraordinary motion for new trial, which the trial court denied on September 10, 2015. Strickland seeks to appeal this ruling. The State has filed a motion to dismiss the appeal.

An order denying an extraordinary motion for new trial must be appealed by application for discretionary appeal. OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). Thus, we are unable to consider this direct appeal. Moreover, Strickland filed an application for discretionary review of the trial court's order, which was denied. See Case Number A16D0084, denied Nov. 3, 2015. Thus, the doctrine of res judicata also bars this direct appeal. See *Norris v. Norris*, 281 Ga. 566 (2) (642 SE2d 34) (2007).

For these reasons, we lack jurisdiction over this appeal. Accordingly, the State's motion to dismiss is hereby GRANTED and this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  02/04/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*